608

to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. William Buchhölz* and *Martin · J. O'Donnell* for petitioner. *Messrs: C. A. Magaw, I. N. Watson, Paul V. Barnett, Henry N. Ess,* and *Charles V. Garnett* for respondent.

No. 54. ALEXANDER, COLLECTOR, *v.* COSDEN PIPE LINE Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for. the Tenth Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. James C. Denton* and *R. H. Wills* for respondent.·

No. 56. ALASKÄ STEAMSHIP Co. *v.* UNITED STATES.. October 9, 1933. Petition for writ of certiorari˙ to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Charles W. Arth, Cassius E. Gates,* and *Norman M. Littell* for petitioner. *Solicitor General Biggs, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour* and *J. Frank Staley* for the United States.

No. 71. STRINGFELLOW ˙*v.* ATLANTIC COAST LINE R. Co.; and
No. 95. ATLANTIC COAST LINE R. Co. *v.* STRINGFELLOW. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Wm. C. McLean* and *Doyle Campbell* for Stringfellow. *Messrs. James R. Bussey,. McKinney Barton, F. B. Grier,* and *W. E. Kay* for Atlantic Coast Line R. Co.

No. 79. TROTTER, GUARDIAN, *v.* TENNESSEE. October 9, 1933. Petition for writ of certiorari to the Supreme